UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Ricardo Morel

Case No.: 18-13584 (JKS)

Chapter:  7

Judge:  John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on June 19, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 36-38 Arlington Avenue, Newark, NJ, having a fair market value of $259,381.00.

> Liens on property:
>
> Midland Mortgage
> $378,403.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Lori Capasso
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0022089 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Ricardo Morel  
    Debtor

Case No. 18-13584-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 16, 2018  
                       Form ID: pdf905    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
```
db             Ricardo Morel,    36-38 Arlington Ave.,    Newark, NJ 07104-4648
517350017     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517350019     +Essex County Special Civil Part,    465 Dr. Martin Luther King Jr.,    Newark, NJ 07102-1735
517350020      Essex Oncology of North Jersey, PA,    PO Box 827573,    Philadelphia, PA 19182-7573
517350022     +KML Law Group P.C.,    216 Haddon Ave. Suite 406,    Collingswood, NJ 08108-2812
517350023     +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
517350024    ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
               COLUMBUS OH 43215-2410
              (address filed with court: Nationwide Mortgage,    One Nationwide Plaza,    Columbus, OH 43215)
517350025     +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
517350029     +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517350030     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
517350031      Thousand Trails,    PO Box 29352,    Phoenix, AZ 85038-9352
517350032    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. BANK NATIONAL ASSOCIATION,    425 Walnut St.,
               Cincinnati, OH 45202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 16 2018 23:45:41     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2018 23:45:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517350018     +E-mail/Text: mrdiscen@discover.com May 16 2018 23:44:53     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
517350021     +E-mail/Text: fggbanko@fgny.com May 16 2018 23:44:56     Forster, Garbus & Garbus,
               7 Banta Place,    Hackensack, NJ 07601-5604
517350026     +E-mail/Text: bankruptcy@onlineis.com May 16 2018 23:46:08     Online Collections,    Pob 1489,
               Winterville, NC 28590-1489
517350027      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2018 23:51:23
               Portfolio Recovery Assoc. LLC,    PO Box 41067,    Norfolk, VA 23541-1067
517350028     +E-mail/Text: bankruptcy@senexco.com May 16 2018 23:44:51     Senex Services Corp,
               333 Founds Rd,    Indianapolis, IN 46268
517354747     +E-mail/PDF: gecsedi@recoverycorp.com May 16 2018 23:51:18     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517350033     +E-mail/Text: bankruptcynotice@westlakefinancial.com May 16 2018 23:45:36
               Westlake Financial Svc,    4751 Wilshire Bvld,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
```
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 16, 2018
                              Form ID: pdf905          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-OPX1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-OPX1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov Rudikh    on behalf of Debtor Ricardo  Morel yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

                                                                                        TOTAL: 6