**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ricardo Morel | Social Security number or ITIN   xxx–xx–8416 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–13584–JKS | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ricardo Morel

5/25/18                                                                                     **By the court:**   John K. Sherwood
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Ricardo Morel  
    Debtor

Case No. 18-13584-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 2   Date Rcvd: May 25, 2018  
                           Form ID: 318   Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2018.
```
db             Ricardo Morel,    36-38 Arlington Ave.,    Newark, NJ 07104-4648
517350019     +Essex County Special Civil Part,    465 Dr. Martin Luther King Jr.,    Newark, NJ 07102-1735
517350020      Essex Oncology of North Jersey, PA,    PO Box 827573,    Philadelphia, PA 19182-7573
517350022     +KML Law Group P.C.,    216 Haddon Ave. Suite 406,    Collingswood, NJ 08108-2812
517350023     +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
517350024    ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
               COLUMBUS OH 43215-2410
              (address filed with court: Nationwide Mortgage,      One Nationwide Plaza,    Columbus, OH 43215)
517350025     +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
517350028    ++SENEX SERVICES CORP,    3333 FOUNDERS ROAD,    2ND FLOOR,    INDIANAPOLIS IN 46268-4932
              (address filed with court: Senex Services Corp,      333 Founds Rd,    Indianapolis, IN 46268)
517350030     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
517350031      Thousand Trails,    PO Box 29352,    Phoenix, AZ 85038-9352
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +E-mail/Text: cforman@iq7technology.com May 25 2018 23:30:49     Charles M. Forman,
               Forman Holt,   66 Route 17 North,    Paramus, NJ 07652-2742
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 25 2018 23:29:43     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2018 23:29:39     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517350017     +EDI: CHASE.COM May 26 2018 03:03:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517350018     +EDI: DISCOVER.COM May 26 2018 03:03:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
517350021     +E-mail/Text: fggbanko@fgny.com May 25 2018 23:29:01     Forster, Garbus & Garbus,
               7 Banta Place,    Hackensack, NJ 07601-5604
517350026     +E-mail/Text: bankruptcy@onlineis.com May 25 2018 23:30:17     Online Collections,    Pob 1489,
               Winterville, NC 28590-1489
517350027      EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery Assoc. LLC,    PO Box 41067,
               Norfolk, VA 23541-1067
517354747     +EDI: RMSC.COM May 26 2018 03:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517350029     +EDI: CITICORP.COM May 26 2018 03:03:00      Thd/cbna,    Po Box 6497,
               Sioux Falls, SD 57117-6497
517350032      EDI: USBANKARS.COM May 26 2018 03:03:00      U.S. BANK NATIONAL ASSOCIATION,    425 Walnut St.,
               Cincinnati, OH 45202
517350033     +E-mail/Text: bankruptcynotice@westlakefinancial.com May 25 2018 23:29:40
               Westlake Financial Svc,    4751 Wilshire Bvld,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 12
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*          +Charles M. Forman,    Forman Holt,   66 Route 17 North,    Paramus, NJ 07652-2742
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin                Page 2 of 2           Date Rcvd: May 25, 2018
                              Form ID: 318               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2018 at the address(es) listed below:

        Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
        Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
        lcapasso@formanlaw.com;cforman@iq7technology.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
        the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
        Series 2007-OPX1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association as trustee on behalf
        of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
        Series 2007-OPX1 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Yakov  Rudikh    on behalf of Debtor Ricardo  Morel yrudikh@gmail.com,
        rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                           TOTAL: 6